CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 9 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

7:11-cv-00456

Dr Gilmer Vs Thompson and the rest

I am not mentally Competent
due to peamanent brain damage
and that is still happening

and Due to Muliple Daily Life

threats Still going

This is a Emergency Medieal
1983 dx in the for Western

Federal District of VA

Person in the suit
sue-R
Vince Bilmer MD.
1190607
Wallens Ridge State Prison
P.O.B. 759
Big Stone Gap   VA 24219

My Lawyer

Greg Kallen Esq    276-523-4034
113 East Fourth Street South
Big Stone Gap VA 24219

people being sued for Now

Thompson – Medical Doctor at WS.SP

Kaissnappu – psych Doctor at WRSP

Lt Hamilton – Lt out WRSP

2

Statment of Case

I am Not competent. Due to Long term permanent damage to my brain

In my cell I have Lots of Written Evidence which proves the doctors and Nurses Totally Refused to give Proper Medical Treatment to my Stated Medical Needs AGAIN and AGAIN and AGAIN which proves a pattern of Malicous Indifference

But I cant make the Evidence Into a 1983 suit

3

ANd along with the Absolute
Indifference too My medical
Needs

I will also Need to add
iN Lt Hamilton Refusing to give
me grievance forms to get
Mental Help

Since I CANt do a 1983 My
My hired a Lawyer to do the
EmergeNcy Medical Hearing So
I CAN Get Mental Help

4

Incarcerated

I have No Legal Books to look
up the Legal Words for Jurstdiction

And so But Due to Dr Thompson Brutal
& Extreme Indifference to my
brain I need Mental help
Badly

And this count is the only
way I can get help
and

Lt Hamilton Absolutely
Refuser to give me grievancer
to get mental help

S.

5

Motion for Emergency Medical Hearing

Your honor please read this Entire Motion So you will understand the Multiple threats to my life and the 4 years of permanent Brain damage that have left me totally Incompetent to be able to properly file this Suit, to get mental Help which I Need Really BAD

Since I couldnt file a suit my Mom hired me a Lawyer to do A Emergency Medical Hearing So I could get mental help Immediately

At the Emergency Hearing Medical Experts will explain to you, I MUST have months of Proper Medical Care before I can mentally function as a Inmate and

Even Longer Before I can Properly file this suit

6

Usually these cases are Exaggerated and untrue but not this time.

Please do not assume I'm lying like the Last Judge did

I'm a Medical Doctor, the Events I'm Reporting to you are Massively Understated and Absolutely True

As far as the Medical Truth of what I'm Reporting to you, Medical Experts will confirm Every Word I'm saying to you are Absolutely True

I also have Massive written evidence in my cell, which Proves that I BEGGED and BEGGED and Begged the doctors and Nurses here for Proper Medical care for my Ridiculously serious Biomedical needs and Again and Again and AGAIN they Absolutely Refused to Help

7

Which documents a Pattern of Deliberate Indifference to my stated Serious medical Needs

In Nov 2010, After 4 years of Multiple Daily Attacks on my brain any one of which would Render me INcompetent, I was finally Way too INcompetent to properly file a 1983 to get mental help

I tried really hard to correctly file one Anyhow

It was Dismissed because Wallen Ridge took 3 months to get me my poor person Statements

— Please DoN'T do that to me Again

When I'm finally able to properly file this suit, you will find It Cost Me Many Many BRAIN Cells

8

Matt Rudorfer M.D is a psychiatrist and Head of Research at the National Institute of Mental Health

Dr Rudorfer will explain to you that mentally I CAN'T FUNCTION as a Regular Inmate due to Totally Debilitating P.T.S.D or Post Traumatic Stress Disorder symptoms

Right Now I CAN'T leave my cell to shower or visit my Lawyer because of total and

Absolute FEAR

of all C.O's but Especially Lt Hamilton

9

Lt Hamilton took me into the Hole office. He strapped me to a chair so I couldn't move

He laid his peper spray on the desk 4 times he said he would peper spray me in the eyes if I talked or closed my eyes

I was back at the Abingdon jail my penis being Tortured with peper spray AGAIN

So I become too Terrified to Leave my cell

Lt Hamilton now Refuses to give me Grievance forms to get mental Help

10

Dr Rudorfer will confirm that these are some of the worlds worst P.T.S.D. symptoms

They should have been treated 4 years Ago

Now the Proper Treatment for Me is to Increased my Celexia to 160mg

and to send me to a D.O.C. Psych hospital for Extensive Therapy for a LONG time before I CAN CAN Mentally Function as a INmate and
EVEN Longer before I CAN Properly file a 1983 suit

11

A HUGE reason, why my brain
is so totally Incompetent is because
DR Thompson Absolutely Refuses
to send me to a D.O.C. Medical Hospital
that can prove me with the proper
diet for

✱ Extremely Reactive, Reactive Hypoglycemic

✱ Three times a day in Reaction to
a poisoNous diet, My Blood Sugars
go Low eNough to Kill Me

Each time doing PeRmaNent
Damage to my brain

4 years of Permanent Brain Damage
have Added up

Several hours a day my brain is Dead
I CAN'T Reason, I CAN'T Properly
do ENvelopes - too many steps

✱ Legal Work is IMPOSSIBLE

12

In my cell I have Absolute Proof that I have Begged and Begged and Begged DR Thompson to send me to a D.O.C. hospital to get the Proper diet, and each time he Absolutely Refused

Dr Thompson Refusal has Killed Many, Many, Many of my brain cells

At the Emergency Hearing Sonjay Gupta M.D. a brain Surgeon who works at CNN will Explain to you how Ridiculously Danger it is to let a ANY patient blood sugars to go too low.

And How Repeated and Repeated low blood sugars has affected My Brain

I'm also going to have a Professor at ETSU, Greg Clarity who teaches doctors how to Properly treat this problem

13

And the Proper Diet, I am Required
to have to LIVE and THINK

Matthew Rudorfer M.D. ~~psychiatrist~~
~~and head of Research at the National~~
~~Institute of Mental Health~~)
will explain to you why D.O.C, doctors
and Nurses MUST become up to date

on a Deadly Medical Problem called

SSRI Withdrawal;

for 4 years — 4 days a week
my Celexa a SSRI drug, sticks
to the cup like SUPERGLUE

Decreasing the dose

14

When I become Markedly Aggresive
Phychiarly Violent and have Uncontrollable
Homocidal Thoughts

Three symptoms the British F.D.A's 2005
Double blind placebo controlled study Proved
that Decreasing Not just stoping SSRI drugs
CAUSE

I'm beatin down and throw in the Hole

Even though Forrest the people who
make my Celexia say when the symptoms
become " Intolerable " like mine

the Proper Medical Treat is to Immediately give
me celexia at the Exact dose it was
before the Celexia was Decreased or Stopped

And I go back to Normal in 4-6 hours

15

Professor Clarity will also explain to you how Dangerous

— upper G.I. Bleeds are

❋ Because I can Bleed out and die at Anytime

Dr. Thompson allowed my Prilosec to run out. It took foreEVER to get restarted.

ACid ate a permante bleeding Hole In My Stomach

It has been Bleeding eter since

I have Written Evidence in My cell that I BEGGED and Begged Dr Thompson for proper medical care and Each time He Refuses

16

Professor Clarity will Also explain
that Properly Treating the

— Multiple Drug Resistant bacteria that
is eating the Skin on my Nose since
Dec 2010 is ridiculously Important

Dr Thompson

I have Written Records which Proves
Dr Thompson Says the PROPER ANTibiotic
is too expensive.

Only the Fact that I Refuse to scratch
it has keep it from eating
my ENTire Nose

17

For 4 years I've had Painful
Bleeding Hemorrhoids

This week I Lost three days writing
this 1983 because the Hemorrhoid
Pain is Brutal
and the Bleeding Never stops

And in my cell I have Written
Evidence which PROVES
that AGAIN and AGAIN and AGAIN

Dr Thompson Absolutely
Refuses to help

18

Your honor please gRant me a Emergency Medical Hearing So I can get PRoper Medical Care

So Eventually I can Correctly File a 1983 about the

Pure Deliberate Indifference to my medical Needs

Without Your help I will not get proper Medical Help and ALL of these problems will get WoRse Thank you Vince Gilmer M.D.

19

Motion to Assign me a Volunteer Lawyer

I have been recieving Brutal Medical Care

It has SEVERLY incapacitated my Brain and its getting worse each day

I finally realize I need Real medical help but by then I was too dumb to file a 1983 suit

I tried to file this case 3-4 times and each time it was kicked back because I lacked the brain power to overcome the Unconstitutional Barriers Walleys Ridge has placed on me

Mentally I'm Totally wiped out, My Mom Gloria Hitt see my mental condition knows I'm mentally incapable of filing the 1983 suit, so she hires me a Lawyer to get me proper medical care.

20

My Mom works at WalMart and supports
5 people, she CAN'T afford to pay a Lawyer
but she did ANyway

She really doesn't have the money to pay
but she is going to pay for one Lawyer for
1 hearing.

After that hearing and I will still have
the ridulously UNCONSTItutional barriers
that made it IMPOSSIBLE for me to procedt
pro se

Reasons I Need a Volunteer Lawyer

① It will take several months of
recieving correct medical care to make
me right mentally

I Need a Volunteer Lawyer Near the
D.O.C. ① psych hospital to ENSURE I will
recieve the correct treatment because
D.O.C. has proven, Again and again that it
will Not respond to my Stated medical Needs

21

② Several hours a day I'm brain dead

I cant reason anything out

I cant even do envelopes too many steps

My signature is Not Valid during these times

It's Not fair to send me up against a Attorney General who's brain is actually working correctly

③ Because this is a Extreme Threat to Life I asked the staff Lawyer to help me properly file this case. that was 6 months ago and he still hasn't seen me

④ This case will be a Most Complex case because it will have over 100 claim way more than I could put in the first filing

22

(5) At Wallens Ridge I am Completely blocked From ANY Experts

This case will require Multiple Medical and Legal experts, a brain doctor, a family practice doctor, a pychiatrist, a pharmacist, a dietian, A expert in Contitutional Law and a Expert on RUNING PRISONS

With the Highly Unconstitutional restrictions Wallens Ridge has on me, I can't Locate Nor communicate with ANY of them

(6) I can't contact any witnesses, Wallens Ridge is setup to COMPLETELY block me from inmates who saw me become DUMBER and Dumber And

I'm also totally seperated from the inmates who suffer from the same Brutal Unconstitutional conditions I did

23

⑦ Wallens Ridge has No Legall Acceptable Law Library, and even when out of the Hole, I'm Never allowed to physically go to the Law Library something the Law Requires

⑧ Wallens Ridge has No medical books ~~and~~ aNd this suit will be highly medical

⑨ I'm not allowed to recieve ANY papers from medical experts because they are all over 5 pages long

⑩ From the Hole I'm only allowed to make 2 calls per month No where near enough to direct Legal and Medical Research

2-1

(1) I have ZERO legal Knowledge of my own and the Prisoners Self Help Litigation manual I was using because it was perfect for this case, was thrown away by C.O.s when I went to the Hole

I have No Law Books because Wallens Ridge does everything it can to make it Ridiculously hard to buy law books outside the Prison
With my Severly Incapacitated brain I dont have the ability to a overcome the Unconstitutional road blocks and order law Books

I know that Legally you CANT order a lawyer to help me, but in light of the Extreme Mental Need and the highly Unconstitutional Road Blocks Wallens Ridge has in place

I beg you to Please, Please, please assign me a Volunteer Lawyer Near the D.O.C. psych hospital where I end up

25

Thank you your honor
Vince Gilmer MD.

26

## Scheduling the Emergency Hearing

I have No idea how you go about sceduling a Hearing and I have No Legal Training, Nor Lawbooks

It will Need to be 2 days

This is a Emergency But please Schedule it so that the Medical Experts have time to Properly see me after they recieve the summons

When the summons go out Please Notify me I have some Certified Mail I MUST send them

Also Please check with my Lawyer
Greg Kallen Esq - 276-523-4034
113 East Fourth Street South
Big Stone Gap VA  24219

27

Witness / Summon List

① I have No idea how to properly summon someone as I am Completely Incompentend so I cant do anything about it

② I filing this as a poor person

③ I dont know how the U.S. Marshalls do it. The phone number are good but from in my cell I CANT CONFIRM the day time addresc please please please have them call to Confiam the Address First

Matthew Rudorfer M.D.  301-424-5773

Dept of Health and Human Resources
Room 7187
6001 Executive Blvd
Bethesda  MD. 20872

28

Greg Clarity MD. 423-989-4050

100 Bristol College Drive
Bristol, TN
37620


Sanjay  Sonjay Gupta M.D.

(404)-827-1500

1 CNN Center
Atlanta  GA  30303


David S Roean PhD  423-439-6354

Bill Gato Gaton College of Pharmacy
P.OB. 70067 70267
Johnson City, TN
37614

29

Gloria Hitt        251-633-6322

11 Alverson Road
Mobile AL          36608

At Wallens Ridge

Arthur Pokladski    1205911

Pierre Renoir    101-6091

Rodney Startz    1199748

Legal Name— Punalero Dancing Buck
aka Stuart Douglas Duke

Peter Breggin M.D.    607-272-5328

101 East State  PMB 112
Ithica, NY      14850

30

Thank you so Much
for helping me Summon
the Experts and Inmate because
I CANT

9.27.11

31

# Emergency Relief After the Hearing

Due to the Fact, that I'm INCOMPETENT to correctly file a 1983 suit.

And the Fact that D.O.C. doctors

have Made me INcompetent

I NEED a Volunteer Lawyer

NEar the psych hospital

To ENSURE I get

PRoper Medical Care because

D.O.C. doctors have PROVEN Again and

ASKIN they Refuse to Properly Treat My stated Medical Needs

32

Emergency Relief after the Hearing

Afe After the Emergency Hearing you will understand that Each D.O.C. doctor "Medical Decision"'s for my case at each different D.O.C. facility

To keep this from happening again I will need certain orders from you to ensure I'm not subjected to any more totally Improper Medical Decisions

For My Extremely Reactive Hypoglycemic

I Need a Order Immediately Sending me to a D.O.C. hospital facility that can provide because only the hospitals can provide the correct Aeg

33

# Emergency Relief after Heading
## Reactive Hypoglycemia

o   I also need a Order saying that
I can carry food with me so
that when my blood sugars go
low enough to cause brain damage
I can bring them back up


For my BRUTAL and Violent
SSRI Withdrawals

o   I need a order saying my Celexia
Must be given to me

① UNCRUSHED
② Not in water
③ In my ~~hand~~ hand Not in a cup
④ at the same time each day

,To Ensure I get the Exact same
dose each day

34

Emergency Relief after hearing
SSRI Withdrawal relief continued
o I also Need to be Immediately transfered
to a D.O.C. psych hospital which
will keep me out of Withdrawals and
to Properly deal with the Violent
Psycho I become when my Celexia
is Decreased or stopped

For my Totall Debilitating
Post Traumatic Stress Disorder
Symptoms

o     I need a ORDER to Immediately
INCRease My Celexia to
100my per day

o   I Need to IMMEDIATELY be
transfered to a D.O.C. Psych
Hospital for Extensive Therapy for
my
        Post Traumatic Stress Disorder
Symptoms

35

## Emergency Relief

## For my Upper G.I. bleeding

o   I Need a ORDER Immediately Increasing my Prilose to 40mg per day

D   I Need an ORDER IMMediately moving me to a Hospital so this CAN be Properly Diagnosed and Treated

## For the Multiple Drug Resistant Bacteria eating the skin of my Nose

I need a order of Augmentin 875mg twice a day for 10 days

36

# Emergency Relief

For my Bleeding Hemorhoids

o  I Need a ~~an~~ ORDER for

a stool softener
Hemorroid Cream
Tylenol twice a day for pain
Inflatable Donut

o  I Also Need a order to be
allowed to bring the Donut with
me EVERYwhere

o I also Need a Immediate
transfere to a D.O.C. medical
Hospital for Proper Treqtment

Probably Surgery

37

# Emergency Relief

After the Hearing you will Realize my medical care has been Malicous and Incompetent.

My Current medical Record is done by the doctors I'm Suing for their BRUTAL medical Care

Please DONT allow the Current Record Poison my future Care

o   I Need a order Stating the Old medical Chart stays HERE So it dont Poison my future Care

38

## Emergency Relief

I have Massive Written Evidence in my Cell!

During the Moving Process, I would take a tiny amount with me

The Rest ~~would~~ of the Evidence, the people I am suing go though my Evidence and Mail it to me much latter

o I begged that I recieve a order saying I take all my stuff when I move

39

## Money — filing as poor and incompetent

3 times a day My blood sugars go low Enough to kill me

Each time doing permanent ~~damage~~ Brain Damage

After 4 years of Damage, I'm no longer Mentally Competent to file a suit to get Mental Help

Nov 2010 I filed a suit to get Mental help

In the paper I have Included you will see I did't get My poor person papers until Mar 2011 Way too long

My suit was already kicked out in Dec 2010

40

Since I really really really
Needed mental help, but since
I was way to mentally INcompetent
to get poor person papear in
15 days

My Mom hired a Lawyer
Greg Kellen to do a Emergency
Hearing to get me mental Help

I've Already started trying But
there is No way I can get
the poor person papers done
in 15 days

Please, Please, Please, Please
allow my Lawyer Greg Kellen
Plenty of time to over come
this obstacle for me because
Mentally. I CANT do it

I really Need Mental Help
Please Help     Vince Gilner  T.21.V

41

Vince Gilmer M.D.
11-06-07
Wallens Ridge Prison
P.O.B. 759
Big Stone Gap
VA 24219

Clerk of U.S. Federal Distr.
P.O.B. 1234
Roanoke VA

7009 2250 0003 2442 4414