CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB - 7 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCE GILMER,<br>    Plaintiff, | Civil Action No. 7:11-cv-00456 |
| v. | **ORDER** |
| DR. THOMPSON, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order (no. 32) is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of February, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge