CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 10 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCE GILMER,<br>    Plaintiff, | ) Civil Action No. 7:11-cv-00456<br>)<br>) |
| v. | ) ORDER<br>) |
| DR. THOMPSON, et al.,<br>    Defendants. | ) By:  Hon. Jackson L. Kiser<br>)       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 4(m), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge